| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP<br>CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | JAMES M. HANLON, JR., Bar No. 191369<br>One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800<br>Facsimile: (925) 945-1975 |
| 5 | |
| 6 | Attorneys for Defendant General Electric Company |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts citizen, as the statutory assignee of Roark Schwanenberg, deceased, and his survivors and beneficiaries,<br><br>Plaintiff,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Connecticut citizen; GENERAL ELECTRIC COMPANY, a New York citizen; and COLUMBIA HELICOPTERS, INC., and Oregon citizen,<br><br>Defendants. | **Case No. 2:08-cv-03002-GEB-DAD**<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT MOTIONS** |

- 1 -

[PROPOSED] STIP. ORDER CONTINUING HEARNG DATE
*Liberty Mutual Fire Ins. Co. v. Sikorsky Aircraft Corp., et al.*, Case No. 2:08-cv-03002

On February 9, 2009, plaintiff Liberty Mutual Fire Insurance ("Plaintiff") filed two motions for summary judgment of affirmative defenses pled by defendants General Electric Company ("GE"), Sikorsky Aircraft Corporation ("Sikorsky"), and Columbia Helicopters, Inc. ("Columbia") (collectively, "Defendants"). The first such motion was brought against an affirmative defense based upon a federal statute of repose as pled by GE, Sikorsky, and Columbia. The second motion was brought against an affirmative defense based on state statutes of repose only as pled by Sikorsky and Columbia.

Defendants believe that certain discovery must be conducted before the pending motions may properly be opposed and cross-motions filed. Plaintiff has met and conferred with Defendants and agreed to continue the hearing date to June 22, 2009 to allow such discovery to be conducted. Accordingly, the hearing date for each of Plaintiff's pending summary judgment motions is continued from April 6, 2009 to June 22, 2009 at 9:00 a.m.

SO STIPULATED:

Dated: March __, 2009                    LAW OFFICES OF JON A. KODANI

                                         By_____/s/_____
                                              Jeffrey J. Williams
                                              Attorneys for Plaintiff
                                              Liberty Mutual Fire Insurance
                                              Company


Dated: March __, 2009                    GLYNN & FINLEY, LLP

                                         By_____/s/_____
                                              James M. Hanlon, Jr.
                                              Attorneys for Defendant
                                              General Electric Company

- 2 -

[PROPOSED] STIP. ORDER CONTINUING HEARNG DATE
*Liberty Mutual Fire Ins. Co. v. Sikorsky Aircraft Corp., et al.*, Case No. 2:08-cv-03002

| | | |
|---|---|---|
| 1 | Dated: March __, 2009 | MENDES & MOUNT, LLP |
| 2 | | |
| 3 | | By_____/s/_____<br>Christopher S. Hickey<br>Attorneys for Defendant |
| 4 | | Sikorsky Aircraft Corporation |
| 5 | | |
| 6 | Dated: March __, 2009 | MORRISON & FOERSTER LLP |
| 7 | | |
| 8 | | By_____/s/_____<br>Linda L. Lane<br>Attorneys for Defendant |
| 9 | | Columbia Helicopters, Inc. |

The motion is deemed withdrawn, since judges are expected to decide motions within a specified period after they are filed.

Dated: March 19, 2009

_[signature]_

United States District Judge

- 3 -

[PROPOSED] STIP. ORDER CONTINUING HEARNG DATE
*Liberty Mutual Fire Ins. Co. v. Sikorsky Aircraft Corp., et al.*, Case No. 2:08-cv-03002