IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts citizen, as the statutory assignee of Roark Schwanenberg, deceased, and his survivors and beneficiaries,<br><br>    Plaintiff,<br><br>    v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Connecticut citizen; GENERAL ELECTRIC COMPANY, a New York citizen; and COLUMBIA HELICOPTERS, INC., an Oregon citizen,<br><br>    Defendants. | 02:08-cv-03002-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Pursuant to request in the status report filed March 16, 2009, the hearing presently scheduled for March 30, 2009, is continued to commence at 9:00 a.m. on July 27, 2009. A Joint Status Report ("JSR") shall be filed fourteen days prior to the status conference. Further, an explanation shall be contained in the JSR when the U.S. Government is expected to be joined as a party; the parties' simple reference to this joinder without

1

providing when it is expected to occur is insufficient and fails to comport with what is expected to be included in a JSR.

IT IS SO ORDERED.

Dated: March 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge