IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL FIRE INSURANCE  )
COMPANY, a Massachusetts citizen, )
as the statutory assignee of Roark ) 2:08-cv-03002-GEB-DAD
Schwanenberg, deceased, and his )
survivors and beneficiaries, ) ORDER*
 )
         Plaintiff, )
 )
    v. )
 )
SIKORSKY AIRCRAFT CORPORATION, )
a Connecticut citizen; GENERAL )
ELECTRIC COMPANY, a New York )
citizen; COLUMBIA HELICOPTERS, )
INC., an Oregon citizen, )
 )
         Defendants. )
_____)

       Plaintiff moves under Federal Rule of Civil Procedure 41(a)(2) for voluntary dismissal without prejudice of all claims against Defendant Columbia Helicopters, Inc. ("Columbia"). Plaintiff's counsel declares Columbia has stipulated to the dismissal, and that Defendants Sikorsky Aircraft Corporation (Sikorsky) and General Electric Company ("GE") have not stipulated to Columbia's

---

    * This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

dismissal.  Defendants Sikorsky and GE have not filed an opposition to Plaintiff's motion or a statement of non-opposition, as required by Local Rule 78-230(c).  Therefore the motion is unopposed and is granted; Columbia is dismissed without prejudice.

Dated:  April 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge