IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL FIRE INSURANCE )
COMPANY, a Massachusetts citizen, )
as the statutory assignee of Roark ) 2:08-cv-03002-GEB-DAD
Schwanenberg, deceased, and his )
survivors and beneficiaries, ) ORDER
 )
          Plaintiff, )
 )
    v. )
 )
SIKORSKY AIRCRAFT CORPORATION, )
a Connecticut citizen; GENERAL )
ELECTRIC COMPANY, a New York )
citizen; COLUMBIA HELICOPTERS, )
INC., an Oregon citizen, )
 )
          Defendants. )
_____ )

Pending are Plaintiff's motions for partial summary judgment, which are set for hearing on June 8, 2009. However, on March 31, 2009, the undersigned judge received the attached letter from the United States Judicial Panel on Multidistrict Litigation. The letter states "[p]resently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes [this action]," and that the undersigned judge "may wish to wait [on ruling on any pending motion] until the Panel has decided the transfer issue." Accordingly,

the motions are deemed withdrawn, and may be re-noticed for hearing after the Panel has decided the transfer issue.

Dated: April 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge