IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts citizen, as the statutory assignee of Roark Schwanenberg, deceased, and his survivors and beneficiaries, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 2:08-cv-03002-GEB-DAD |
| v. | ) ) | ORDER |
| SIKORSKY AIRCRAFT CORPORATION, a Connecticut citizen; GENERAL ELECTRIC COMPANY, a New York citizen; and COLUMBIA HELICOPTERS, INC., an Oregon citizen, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On June 18, 2009, the undersigned judge received an informational transfer order from the United States Judicial Panel on Multidistrict Litigation revealing that this action will be transferred to the District of Oregon. Therefore, the pending motion in this action is deemed withdrawn; the movant should decide whether to renotice the motion after the transfer is effective.

Dated: June 19, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1