```
                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


RICHARD CHARLSON, on behalf of    )
THE ESTATE OF SCOTT CHARLSON,     )
RICHARD CHARLSON, individually,   )
NINA CHARLSON, individually,      )   No. 2:08-cv-2756-GEB-KJM
                                  )
             Plaintiffs,          )
                                  )   RELATED CASE ORDER
        v.                        )
                                  )
CARSON HELICOPTERS, INC., an Oregon)
Corporation; UNITED TECHNOLOGIES  )
CORP., a Delaware Corporation;    )
SIKORSKY AIRCRAFT CORP., a        )
Delaware Corporation; GENERAL     )
ELECTRIC COMPANY, a New York      )
Corporation, and DOES 1 through   )
100, inclusive,                   )
                                  )
             Defendants.          )
_____)
                                  )
LIBERTY MUTUAL FIRE INSURANCE     )
COMPANY, a Massachusetts citizen, )   No. 2:08-cv-3002-GEB-DAD
as the statutory assignee of Roark)
Schwanenberg, deceased, and his   )
survivors and beneficiaries,      )
                                  )
             Plaintiff,           )
                                  )
        v.                        )
                                  )
SIKORSKY AIRCRAFT CORPORATION, a  )
Connecticut citizen, GENERAL      )
ELECTRIC COMPANY, a New York      )
citizen; and COLUMBIA HELICOPTERS,)
INC., an Oregon citizen,          )
                                  )
             Defendants.          )
```

1

```
                                    )
                                    )
DIANE RAMAGE, GINGER RAMAGE,        )   No. 2:09-cv-02901-MCE-GGH
                                    )
              Plaintiffs,           )
                                    )
     v.                             )
                                    )
SIKORSKY AIRCRAFT CORPORATION, a    )
Delaware Corporation; CARSON        )
HELICOPTERS, INC., a Pennsylvania   )
Corporation; UNITED TECHNOLOGIES    )
CORPORATION, a Delaware             )
Corporation; GENERAL ELECTRIC       )
COMPANY, a New York Corporation;    )
CARSON HELICOPTER SERVICES, INC.,   )
an Oregon Corporation; COLUMBIA     )
HELICOPTERS, INC., an Oregon        )
Corporation, and DOES 1 through 100 )
inclusive,                          )
                                    )
              Defendants.           )
                                    )
```

        Defendants Carson Helicopters, Inc. and Carson Helicopter Services, Inc. ("Defendants") contend the above civil actions are related within the meaning of Local Rule 83-123(a) and should be assigned to the same judges.  Defendants argue the actions are related because they involve "wrongful death actions filed against the same parties and arising from the same helicopter accident . . . ."  Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Since the actions appear related, action No. 2:09-cv-02901-MCE-GGH is reassigned to Judge Garland E. Burrell, Jr. and to Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in the reassigned case are vacated.  Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-KJM" instead of the other judge's initials.

        Further, a status conference is scheduled in No. 2:09-cv-

02901-GEB-KJM before Judge Garland E. Burrell, Jr. on March 1, 2010 at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior.[1]

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  November 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.